[No. 7287–4–II. Division Two. November 4, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM H. GRIGGS, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. CR–194, John W. Schumacher, J., entered September 12, 1983. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Petrich and Alexander, JJ.

[No. 6405–1–III. Division Three. November 5, 1985.]

JAMES L. ANDERSEN, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 82–2–00470–4, Robert S. Day, J., entered February 29, 1984. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and Munson, J.

[No. 6280–5–III. Division Three. November 5, 1985.]

JACK W. FRENCH, ET AL, *Appellants*, v. JEFFERSON INSURANCE COMPANY OF NEW YORK, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 82–2–00682–8, Michael E. Donohue, J., entered December 20, 1983. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and McInturff, JJ.

[No. 7100–2–II. Division Two. November 7, 1985.]

RAYMOND E. FINEGAN, *Appellant*, v. THE CHIROPRACTIC DISCIPLINARY BOARD, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 82–2–01436–0, Carol A. Fuller, J., entered June 9, 1983. *Dismissed* by unpublished opinion per Worswick, C.J., concurred in by Reed and Alexander, JJ.